IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RHONDA L. BAYSINGER, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 05-367 |
| | ) Judge Terrence F. McVerry/ |
| JO ANNE B. BARNHART, | ) Magistrate Judge Amy Reynolds Hay |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

**ORDER OF COURT**

AND NOW, this 7th day of February, 2006, after the plaintiff, Rhonda L. Baysinger, filed

an action in the above-captioned case, and after Motions for Summary Judgment were submitted,

and after a Report and Recommendation was filed by the United States Magistrate Judge granting

the parties ten days after being served with a copy to file written objections thereto, upon

consideration of the objections filed by plaintiff, and upon independent review of the motions

and the record, and upon consideration of the Magistrate Judge's Report and Recommendation,

which is adopted as the opinion of this Court,

IT IS ORDERED that plaintiff's motion for summary judgment  is denied;

IT IS FURTHER ORDERED that defendant's motion for summary judgment is granted;

IT IS FURTHER ORDERED that the decision of the Commissioner is affirmed;

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of

Appellate Procedure, if the plaintiff desires to appeal from this Order she must do so within thirty

(30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

BY THE COURT:

s/ Terrence F. McVerry
United States District Judge

cc:     Honorable Amy Reynolds Hay
        United States Magistrate Judge

        Stanley E. Hilton, Esq.
        Email: GO2166@AOL.com

        Rebecca Ross Haywood
        Email: rebecca.haywood@usdoj.gov